# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Crayton, Jason Allen | § § § § | Case No. 06 B 16872 |
| Debtor | | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)   The case was filed on 12/19/2006.

    2)   The plan was confirmed on 02/21/2007.

    3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

    4)   The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

    5)   The case was converted on 02/04/2009.

    6)   Number of months from filing or conversion to last payment: (NA).

    7)   Number of months case was pending: 28.

    8)   Total value of assets abandoned by court order: (NA).

    9)   Total value of assets exempted: $30,300.00.

    10)   Amount of unsecured claims discharged without full payment: $0.

    11)   All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $23,560.00 |
| Less amount refunded to debtor | ($302.83) |
| **NET RECEIPTS:** | **$23,257.17** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,377.17 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,877.17** |

Attorney fees paid and disclosed by debtor         $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Triad Financial Services | Secured | NA | $19,100.00 | $19,100.00 | $19,100.00 | $280.00 |
| Triad Financial Services | Secured | $19,100.00 | NA | NA | $0 | $0 |
| Wells Fargo Financial Illinois Inc | Secured | $0 | $746.93 | $746.93 | $0 | $0 |
| Accredited Home Lenders | Unsecured | $85,050.00 | NA | NA | $0 | $0 |
| American Express Travel Relate | Unsecured | $5,550.00 | $5,678.01 | $5,678.01 | $0 | $0 |
| AmeriCash Loans, LLC | Unsecured | $1,410.00 | $3,627.89 | $3,627.89 | $0 | $0 |
| Ameriloan | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Apollo Group | Unsecured | $390.00 | NA | NA | $0 | $0 |
| BMG Music Service | Unsecured | $260.00 | NA | NA | $0 | $0 |
| Business Review | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Cash By Nine, LLC | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Chase Bank | Unsecured | $2,400.00 | NA | NA | $0 | $0 |
| Chicago Central | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Chicago Central | Unsecured | NA | $68.40 | $68.40 | $0 | $0 |
| City Of Chicago | Unsecured | $17,850.00 | NA | NA | $0 | $0 |
| Doni | Unsecured | $19,980.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | $46,400.00 | $46,948.40 | $46,948.40 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Galway Financial Service | Unsecured | NA | $205.00 | $205.00 | $0 | $0 |
| Galway Financial Service | Unsecured | $300.00 | $735.00 | $735.00 | $0 | $0 |
| Illinois Lending Corporation | Unsecured | $550.00 | $905.46 | $905.46 | $0 | $0 |
| Illinois Lending Corporation | Unsecured | $1,210.00 | $1,018.22 | $1,018.22 | $0 | $0 |
| Illinois Sleep Provider | Unsecured | $670.00 | NA | NA | $0 | $0 |
| Instant Cash Advance | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Keller Graduate School | Unsecured | $1,650.00 | $1,620.00 | $1,620.00 | $0 | $0 |
| Mercy Hospital | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Michael Reese Hospital And Medical | Unsecured | $200.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | $20,000.00 | $24,403.53 | $24,403.53 | $0 | $0 |
| National Opportunities Inlimited Inc | Unsecured | $650.00 | $450.00 | $450.00 | $0 | $0 |
| National Quick Cash | Unsecured | $510.00 | $415.00 | $415.00 | $0 | $0 |
| Orkin Exterminating Co | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Pay Day Avenue | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Rx Acquisitions | Unsecured | NA | $196.20 | $196.20 | $0 | $0 |
| Shop & Save | Unsecured | $560.00 | NA | NA | $0 | $0 |
| Triad Financial Services | Unsecured | NA | $407.14 | $407.14 | $0 | $0 |
| United Cash Loans | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Web Pay Day | Unsecured | $400.00 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (4/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $19,100.00 | $19,100.00 | $280.00 |
| All Other Secured | $746.93 | $0 | $0 |
| **TOTAL SECURED:** | $19,846.93 | $19,100.00 | $280.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $86,678.25 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,877.17 |
| Disbursements to Creditors | $19,380.00 |
| **TOTAL DISBURSEMENTS:** | $23,257.17 |

UST Form 101-13-FR-S (4/1/2009)

    12)    The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: April 7, 2009        By: /s/ MARILYN O. MARSHALL
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.